UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SETH NEIL BROWN,<br><br>Defendant. | CASE NO. CR07-124-RSM<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on October 12, 2007. The United States was represented by Matt Diggs and Annette Hayes. The defendant was represented by Michael Martin.

## CONVICTION AND SENTENCE

Defendant had been convicted of Bank Robbery in the Central District of California, on or about August 25, 1987. On December 10, 1993, the defendant was convicted of Bank Robbery in the Western District of Washington. The Honorable John C. Coughenour of this court sentenced Defendant to 108 months of confinement, followed by 3 years of supervised release under case number CR93-430-JCC. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

//

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

## DEFENDANT'S ADMISSION

U.S. Probation officer Jennifer Tien alleged that Defendant violated the conditions of supervised release in the following respects:

(1) Failing to return to the residential reentry center (RRC) on or before April 20, 2007, in violation of the special condition that the defendant reside at the RRC for up to 120 days.

(2) Failing to notify probation officer of change in residence at least 10 days prior to any change in residence or employment, in violation of standard condition number six.

I advised the defendant of these charges and of his constitutional rights. Defendant admitted violation numbers 1 and 2, waived any hearing as to whether they occurred, and consented to having the matter set for a disposition hearing before the Honorable Ricardo S. Martinez.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been detained pending a final determination by the Court.

DATED this 3rd day of October, 2007.

MONICA J. BENTON
United States Magistrate Judge

cc: Sentencing Judge        : Hon. Ricardo S. Martinez
    Assistant U.S. Attorney : Matthew Diggs
    Defense Attorney        : Michael Martin
    U. S. Probation Officer : Jennifer Tien